**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**CLARICE MACHIA
GUTMANN-CROWN,**

     **Plaintiff,**

**v.**                              **Case No.  5:25-cv-365-TKW-MJF**

**STEPHEN FRANCIS GUTMANN, et al.,**

     **Defendants.**

                                                /

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 14).  No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because the second amended complaint is a shotgun pleading.  It also violates the local rules because it is not on court-mandated complaint form.  *See* N.D. Fla. Loc. R. 5.7(A).

Accordingly, it is **ORDERED** that:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is DISMISSED because the second amended complaint is a shotgun pleading and is not on the required complaint form.

3.    The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 15th day of June, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**